HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　v. )<br>SONNY P. LELILI'O, )<br>　　　　Defendant. ) | No. CR22-5092-JCC<br><br>(~~PROPOSED~~) ORDER TERMINATING SUPERVISED RELEASE |

　　THE COURT has considered Mr. Lelili'o's Stipulated Motion to Terminate Supervised Release for this cause number. In light of that stipulated motion and the fact that the Court imposed, on May 14, 2024, a three-year term of supervised release under cause number CR23-0035-JCC, IT IS ORDERED that the term of supervised release under cause number CR22-5092-JCC is terminated. *See* 18 U.S.C. § 3583(e). As part of this termination, the arrest warrant issued on May 11, 2023 (Dkt. No. 24) is quashed, and supervised release violations alleged in Docket Numbers 23 and 26 are rendered moot.

　　DATED this 15th day of May 2024.

*[signature]*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING TERM OF SUPERVISED RELEASE
(*United States v. Lelili'o*; CR22-5092-JCC) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1  Presented by:

2  s/ John R. Carpenter
3  Assistant Federal Public Defender
   Attorney for Mr. Lelili'o
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TERMINATING TERM OF SUPERVISED RELEASE
(*United States v. Lelili'o*; CR22-5092-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**